U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE OWENS and
ANDRE T. FINCH,

    Plaintiffs,                                                Case No. 12-15426
                                                         Hon. Lawrence P. Zatkoff

and

OLAN TRANSPORT, LLC,

    Intervening Plaintiff,

vs.

STARR INDEMNITY & LIABILITY
INSURANCE COMPANY

    Defendant.
_____/

**<u>OPINION AND ORDER</u>**

        This matter is before the Court on a Motion to Intervene filed by Olan Transport, LLC ("Olan") (Docket #8). None of the named parties filed a response. As the Motion to Intervene is unopposed and for the reasons set forth by Olan in its Motion to Intervene and the Brief in Support thereof, the Court GRANTS Olan's Motion to Intervene (Docket #8) and ORDERS Olan to file its Intervening Complaint with the Court within 7 days of this Opinion and Order.

        In addition, as the discovery period in this case has nearly expired, the Court finds that an extension of the scheduling order dates is necessary to promote the interests of justice and a reasonable resolution of this case. Accordingly, the Court hereby extends the scheduling order dates previously established by the Court as follows:

|  | Old Dates | New Dates |
|---|---|---|
| Discovery Cut-Off | October 10, 2012 | December 10, 2013 |
| Dispositive Motion Cut-Off | October 31, 2013 | December 31, 2013 |
| Witness Lists Due | September 26, 2013 | November 26, 2013 |
| Final Pretrial/ Settlement Conference | March 20, 2014 | May 20, 2014<br>10:00 a.m. |
| Trial | April 2014 | May 2014 |

IT IS SO ORDERED

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
United States District Judge

Dated:  October 9, 2013